UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                         CASE NO. 11 B 02667
                                               CHAPTER 13
SANDRA K KLEMM
                                               JUDGE JACQUELINE P COX

　　　DEBTOR                                   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  RUSHMORE LOAN MANAGEMENT SERVICES

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 3 | XXXXXX8798 | $35,361.77 | $35,361.77 | $35,361.77 |
| Total Amount Paid by Trustee | | | | | $35,361.77 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-02667-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 22nd day of February, 2016.

Debtor:
SANDRA K KLEMM
109 56 WELLINGTON
MELROSE PARK, IL  60164

Attorney:
NEWLAND NEWLAND &
NEWLAND
1512 ARTAIUS PKWY
LIBERTYVILLE, IL  60048
via Clerk's ECF noticing procedures

Creditor:
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 514707
LOS ANGELES, CA  90051-4707

Mortgage Creditor:
HSBC MORTGAGE SERVICES INC
% ALDRIDGE CONNORS
780 JOHNSON FERRY RD NE # 600
ATLANTA, GA  30342

Mortgage Creditor:
BENEFICIAL MORTGAGE CO
% HSBC MORTGAGE SVCS
PO BOX 21188
EAGAN, MN  55121

Mortgage Creditor:
Beneficial Financial I INC
c/o FREEDMAN ANSELMO LINDBERG
1807 W DIEHL Rd ste 333
Naperville, IL  60566

Mortgage Creditor:
RUSHMORE LOAN MGMT
% POTESTIVO & ASSOC
223 W JACKSON BLVD #610
CHICAGO, IL  60606

ELECTRONIC SERVICE - United States Trustee

Date:  February 22, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603